UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2025

A.H. and A.H.1, individually and on behalf of N.H.,

                          Plaintiffs,

          -v-

NEW YORK CITY PUBLIC SCHOOLS,

                          Defendant.

**ORDER**

25-CV-7605 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 19, 2025 letter motion, ECF No. 14 (the "Letter Motion"). While the Court will extend the deadline for the Parties to submit a joint status letter, the Court declines to adopt the date proposed for the extension. The Parties shall submit a joint status letter by **January 21, 2026.** Defendant is reminded that its response to the complaint is due by **January 7, 2026.** *See* ECF No. 13.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 14 as **GRANTED IN PART** and **DENIED IN PART.**

**SO ORDERED.**

Dated: December 22, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1