UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2026

A.H. and A.H.1, individually and on behalf of N.H.,

          Plaintiffs,

    -v-

NEW YORK CITY PUBLIC SCHOOLS,

          Defendant.

**ORDER**

25-CV-7605 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's January 21, 2026 status letter, ECF No. 22 ("Plaintiff's Letter"). The Court notes that Defendant sought multiple extensions of time in this action on the premise that it needed time to make a settlement offer. *See* ECF Nos. 8, 10, 12, 14. Based on Plaintiff's Letter, it appears that Defendant has decided not to make a settlement offer. The Parties are directed to file a *joint* status letter by **February 20, 2026.** The Parties must confer with each other no later than **February 13, 2026.**

**SO ORDERED.**

Dated: January 22, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1