UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.H. and A.H.l, individually and on behalf of
N.H.,

                                Plaintiffs,

               -against-

NEW YORK CITY PUBLIC SCHOOLS,

                                Defendant.

Case No. 1:25-cv-07605 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 7, 2026, Defendant New York City Public Schools ("Defendant") moved to dismiss Plaintiffs A.H. and A.H.l's ("Plaintiffs") complaint. *See* Dkt. 17.  On January 21, Plaintiffs filed an amended complaint. *See* Dkt. 21.  Because Plaintiffs filed their amended complaint within 21 days of Defendant's motion to dismiss, it is an amendment as of right. *See* Fed. R. Civ. P. 15(a)(1)(B).  Accordingly, Defendant's motion to dismiss is DENIED as moot. *See* Individual Rules 3.B.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

Dated:  January 22, 2026
        New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge