USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H. and A.H.1, individually and on behalf of
N.H.,

                Plaintiffs,

    -v-

NEW YORK CITY PUBLIC SCHOOLS,

                Defendant.

**ORDER**

25-CV-7605 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 20, 2026, Plaintiff filed the first amended complaint, ECF No. 21 (the "First Amended Complaint"). Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendant's response to the First Amended Complaint was due on February 3, 2026. To date, no response has been filed. The Court *sua* sponte extends the deadline for Defendant to file a response to **February 11, 2026.**

**SO ORDERED.**

Dated: February 4, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge