USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/23/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H. and A.H.1, individually and on behalf of
N.H.,

                    Plaintiffs,

    -v-

NEW YORK CITY PUBLIC SCHOOLS,

                    Defendant.

**ORDER**

25-CV-7605 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' February 20, 2026 joint status letter, ECF No. 30. The parties' request to extend the motion to dismiss briefing schedule is **GRANTED**, and the parties shall adhere to the below deadlines. Any future extension requests must be made by letter motion pursuant to Rule II(A) of the undersigned's Individual Rules and Practices.

- Plaintiffs' opposition brief is due by **March 10, 2026**;

- Defendant's reply brief is due by **March 24, 2026**.

**SO ORDERED.**

Dated: February 23, 2026
      New York, New York

                                 _____
                                 Henry J. Ricardo
                                 United States Magistrate Judge