UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H., et al.,

                                    Plaintiffs,

                -against-

NEW YORK CITY PUBLIC SCHOOLS,

                                    Defendant.

Case No. 1:25-cv-07605 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated in its order dated June 16, 2026, *see* Dkt. 35, and in light of the parties' consent, *see* Dkt. 36, this matter is STAYED pending the Second Circuit's decision in the matter *Law Office of Philippe J. Gerschel v. New York City Department of Education*.  The Clerk of Court is respectfully directed to stay this case.

Dated:  June 23, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge