UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H., et al.,

Plaintiffs,

-against-

NEW YORK CITY PUBLIC SCHOOLS,

Defendant.

Case No. 1:25-cv-07605 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 23, 2026, the Court ordered this matter stayed pending the Second Circuit's decision in the matter *Law Office of Philippe J. Gerschel v. New York City Department of Education*. Dkt. 37. On October 1, 2026, the Second Circuit issued its decision: *The L. Off. of Philippe J. Gerschel, Plaintiff-Appellant, v. New York City Dep't of Educ., Defendant-Appellee.*, No. 25-2780-CV, 2026 WL 2951272 (2d Cir. Oct. 1, 2026).

By **October 19, 2026**, parties shall meet and confer and submit a joint letter with each party's position regarding the impact of the Second Circuit's decision on the instant matter and suggested next steps in this case.

Dated: October 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge